# Resoluciones dictadas por el Tribunal Supremo de Puerto Rico en asuntos notariales desde Enero 1 a Junio 14, 1914

No. 346. Ex parte Joaquín Martínez Cintrón, Notario Público.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 2110 otorgada en enero 7, 1913. Resuelto en enero 7, 1914. Se da por terminada dicha fianza para tener efecto en marzo 7, 1914. El peticionario compareció por medio de su Agente-Secretario Sr. Harry F. Besosa.

No. 389. Ex parte Enrique Lefebre, Notario Público.— Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 2310, otorgada en marzo 13, 1913. Resuelta en enero 14, 1914. Se da por terminada dicha fianza para tener efecto en marzo 15, 1914. El peticionario compareció por medio de su Agente-Secretario Sr. Harry F. Besosa.

No. 171. Ex parte Ricardo A. Gomez, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en enero 16, 1914. Resuelta en enero 16, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 364. Ex parte Miguel Marcos Morales, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en enero 17, 1914. Re-